UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| LOUISIANA COLLEGE D/B/A LOUISIANA CHRISTIAN UNIVERSITY | CIVIL ACTION NO. 23-CV-00928 |
| VERSUS | JUDGE EDWARDS |
| LUBBOCK CHRISTIAN UNIVERSITY | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein (R. Doc. 31), and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

IT IS ORDERED that the Motion to Dismiss for Lack of Personal Jurisdiction filed by Lubbock Christian University (R. Doc. 16) is **GRANTED** and the Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

THUS DONE AND SIGNED in Chambers, this the 16th day of August, 2024.

_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE